**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Vagas DAVIS, a/k/a Vegas Gabriel Davis, Defendant-Appellant.**

No. 17-7218

United States Court of Appeals, Fourth Circuit.

Submitted: January 18, 2018

Decided: January 23, 2018

Vagas Davis, Appellant Pro Se. Angela Mastandrea-Miller, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Before GREGORY, Chief Judge, and SHEDD and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vagas Davis appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2012). We have reviewed the record included on appeal and find no reversible error and no abuse of discretion. Accordingly, we affirm for the reasons stated by the district court. *United States v. Davis*, No. 3:10-cr-00309-HEH-1 (E.D. Va. Aug. 24, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*